IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KINGRALE COLLINS,**                                                                                           **PLAINTIFF**
**ADC # 102818**

v.                     **CASE NO: 4:23-cv-00708-JM-JTK**

**JAZMINE SAIH**                                                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE